**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01359-CR

**TOM ILES WHITE, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81783-2013**

## ORDER

The Court **GRANTS** appellant's June 22, 2015 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TEN (10) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE